# EXHIBIT 1

KELLER



March 10, 2020

Siavash Amirrahmat
5709 Lyonsview Pike, Apt. 2304
Knoxville, TN 37919

Dear Siavash:

We are pleased to offer you a position with Keller North America, Inc. (the "Company"). Your credentials and experience make you an excellent candidate, and we believe you will find the position challenging and rewarding.

The conditions of our offer are as follows:

| | |
|---|---|
| **Position:** | Design Engineer: Your responsibilities will be to design engineering related to Ground Improvement and Structural Support products using Vibro Replacement, Vibro Compaction, Jet Grouting, Deep Soil Mixing, Mass Mixing, Rigid Inclusions, Micro Piles, Earth Retention techniques within the State of Tennessee and the Southern Region as needed. |
| **Position Status:** | Regular Full-Time, Exempt |
| **Location:** | Nashville, TN |
| **Report To:** | PK Prah, Design Engineer |
| **Anticipated Start Date:** | May 11, 2020 |
| **Compensation:** | $77,000.00 per year (Salaried) |
| **Company Property:** | Corporate Credit Card, Company Paid Cell Phone, and Laptop |

**Benefits**
Your health benefits will be effective first of the month after 30 days of employment. Please refer to the materials that are enclosed for additional details. You will receive sick, vacation and holiday leave time per our company policy.

**Bonus**
As part of your compensation, you will participate in our incentive bonus program. In order to receive this bonus, you must be employed by the Company on the date it is paid.

The Company has agreed to pay you a one-time sign on bonus in the amount of $5,000, taxed as supplemental wages. In order to receive this bonus, you must be employed by the Company on the date it is paid. You can expect this bonus to be paid with your first paycheck.

**Safety**
The Company is committed to providing a safe work environment for all of our employees. As part of your employment, you are expected to meet or exceed our safety standards. This includes a strong personal

commitment to safety and a commitment that safe work practices are the Company's most important priority. You are expected to perform routine safety inspections to confirm safe work practices of others and keep safety training up to date as required by the Company.

**Solicitation, Non-Competition, and Confidentiality**

A. In continuation of your existing employment agreement and in consideration of the engagement by the Company of you as an employee hereunder, of the "*Confidential Information*" (as later defined) furnished to you by the Company so that you may perform your duties as an employee, and of the investment by the Company of considerable time, effort and money in building relationships with customers, referral sources and suppliers, you agree that if (1) you terminate your agreement with the Company or (2) the Company terminated you as a result of your gross failure to fulfill for job duties, then within 1 year after your separation from service with the Company, unless such termination is by mutual written amendment:

   a. You will refrain from (1) contacting, soliciting any of the current or former customers of the Company or (2) soliciting any of the employees of the Company, who at the time of the separation from service are employees of the Company, or who served in such capacity within the six-month period prior to your separation from service.

   b. You will refrain from employment on behalf of any company that is involved in the provision of services equivalent or similar to Geotechnical Construction using including *Vibro Replacement, Vibro Compaction, Jet Grouting, Deep Soil Mixing, Mass Mixing, Rigid Inclusions, Micro Piles, Earth Retention* techniques within the State of Tennessee (Tennessee shall hereinafter be the "Territory").

   c. The provision of subsections A.a. & b. shall only be effective if (a) you terminate your agreement with the Company or (2) the Company terminates you as a result of your gross failure to fulfill for job duties.

   "*Gross Failure*" shall be defined as follows and apply to the preceding, current and following clauses, without limitation: Acting in a manner equivalent to gross negligence or recklessness; or acting with the intent to harm the business interest of the Company, acting in an illegal manner or performing illegal acts."

B. It is understood and intended by you and the Company that each promise made in this Solicitation, Non-Competition, and Confidentiality Section shall be construed as an agreement independent of any other provision in this Agreement. The Company and you agree that if any arbitrator or court determines the time period, geographic area or prohibited activities in this Solicitation, Non-Competition, and Confidentiality Section to be unreasonable, arbitrary or against public policy, then a lesser time period, geographic area or prohibited activities which are determined to be reasonable, non-arbitrary and not against public policy may be enforced in their place.

C. In recognition of the Company's significant investment of time, effort and money in developing and preserving Confidential Information, and as an inducement for the Company to enter into this Agreement, you agree to hold all Confidential Information in confidence as the sole property of the Company while you are employed and after your employment with the Company, whether such termination is with or without cause, by you or the Company, or voluntarily or involuntarily. You will not use or disclose Confidential Information to any person or company without the written consent of the Company, except in the performance of your duties, or as specifically directed by the Company. "*Confidential Information*" shall mean publicly unavailable information concerning the business of the Company, including but not limited to, all inventions, secrets, mailing lists, customer and vendor lists and requirements, data regarding referral sources, operating procedures

I have received the offer and accept the opportunity to become a Design Engineer for Keller North America, Inc. I understand that this offer is conditional upon my successfully passing a Company paid drug and alcohol screen. I further understand that my authorization to drive for the Company, receive an auto allowance or mileage reimbursement is contingent upon the review of my driving record and ensuring that it meets Company standards.

My official start date will be: May / 11 / 2020

[signature]
Employee Signature

03/10/2020
Date

Return by March 16, 2020 to:

Molly Wilson
Recruiting Coordinator
**Keller Management Service LLC**
Phone: 410-874-0042 x10315
Email: molly.wilson@keller-na.com

KELLER

INITIAL HERE____

and results, marketing and business plans, marketing research, data relating to product reliability, specifications or performance, systems, techniques, price lists and pricing information, knowhow or financial and statistical data relating to the Company's business.

**Drug and Alcohol Screening**
As a condition of employment, you are required to submit to and pass a drug and alcohol screening at the Company's expense. All results will be forwarded confidentially to our Human Resources Department.

The Company is an at-will employer and reserves the right to terminate you with or without any notice or reason, just as you retain the same right to terminate your employment with the Company. The Company is an E-Verify employer.

If this offer is acceptable to you, please sign and return the attachment by March 16, 2020.

If you have any questions or concerns, please feel free to contact me or PK Prah. We look forward to your response and the opportunity to work with you.

Sincerely,

KELLER MANAGEMENT SERVICES LLC

Brian Perrier

Brian D. Perrier
Talent Acquisition Manager