# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| KELLER NORTH AMERICA, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JUSTIN MCLAUGHLIN, ) <br> ) <br> Defendant. ) | Civil No. 3:24-cv-1271 <br> Judge Trauger |

## ORDER

A telephone conference was held with counsel for the parties in this case on May 2, 2025. By agreement, this case is hereby consolidated for all purposes with the following three cases:

    3:24-cv-1272  Keller North America, Inc. v. Jordan Moi

    3:25-cv-174    Keller North America, Inc. v. Matthew Hammett

    1:24-cv-98     Keller North America, Inc. v. Siavash Amirrahmat

All filings shall be made under the lowest case number, Case No. 3:24-cv-1271.

It is further ORDERED that the case management deadlines set out in the Initial Case Management Order entered in this case on January 27, 2025 (Doc. No. 19) shall apply to all four cases. By separate order, the trial of these four consolidated cases is being reset for May 12, 2026, with the pretrial conference to be held May 8, 2026 at 1:30 p.m.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge